1  Michael Keys, State Bar No. 133815
   BAY AREA LEGAL AID
2  50 Fell Street
   San Francisco, California 94102
3  Telephone: (415) 982-1300, ext. 314
   Facsimile: (415) 982-4243
4
5  Barbara Kamenir Frankel, State Bar No. 169209
   NEIGHBORHOOD LEGAL SERVICES OF
      LOS ANGELES COUNTY
6  13327 Van Nuys Boulevard
   Pacoima, California 91331-3099
7  Telephone: (818) 896-5211, ext. 221
   Facsimile: (818) 896-6647
8
9  Richard A. Rothschild, State Bar No. 67356
   Kimberly Lewis, State Bar No. 144879
   WESTERN CENTER ON LAW & POVERTY, INC.
10 3701 Wilshire Boulevard, Suite 208
   Los Angeles, California 90010
11 Telephone: (213) 487-7211 ext. 24
   Facsimile: (213) 487-0242
12
13 Stephen Ronfeldt, State Bar No. 41044
   The PUBLIC INTEREST LAW PROJECT
   449 15TH Street, Suite 301
14 Oakland, California 94612-2038
   Telephone: (510) 891-9794, ext. 127
15 Facsimile: (510) 891-9727
16 Attorneys for Petitioners

17

18                    IN THE UNITED STATES DISTRICT COURT

19                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| Jessica Gonzales; Maternal and Child Health Access; Robert Planthold, | CASE NO. **C 05 0214 CRB** |
| Petitioners, | **JOINT STIPULATION RE SETTLEMENT; STAY OF ALL COURT DATES AND DISMISSAL** |
| v. | |
| Sandra Shewry, Director, California Department of Health Services; California Department of Health Services; Does 1-10, | Date:<br>Time:<br>Courtroom: Dept. 8 |
| Respondents. | Judge: Honorable Charles R. Breyer |

Plaintiffs/Petitioners Jessica Gonzalez, Maternal & Child Health Access and Robert Planthold ("Petitioners") and Defendants Sandra Shewry and California Department of Health Services (Respondents"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on May 12, 2005, pursuant to a stipulation between the parties, the Court stayed the Action in its entirety for ninety (90) days, and issued a further order rescheduling the initial case management conference for Friday, December 02, 2005, at 8:30 a.m. and requiring the case management statement be filed by November 18, 2005.

WHEREAS, the parties have now successfully negotiated and fully executed a final Stipulation and Settlement Agreement (a true and correct copy is attached hereto as Exhibit "A"), resolving all outstanding disputed claims in the case.

IT IS HEREBY STIPULATED THAT:

1. This Action is stayed in its entirety for one hundred eighty (180) days upon the signing of this order.

2. Plaintiffs shall dismiss this Action in accordance with the terms of Paragraphs 7 and 8 of the Stipulation and Settlement Agreement (Exhibit A).

Dated: October 4, 2005

/s/
Kimberly Lewis
Attorney for Petitioners

/s/
Elizabeth Edwards
Attorney for Respondents

...

## ORDER

Based upon the forgoing stipulation and good cause appearing therefore,

IT IS SO ORDERED.

Dated: October 11, 2005



THE HONORABLE ES. R. BREYER
U.S.
Northern

APPROVED
Judge Charles R. Breyer